THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JACK M. GOOTZEIT, IVAN SLOAN, GRADY O. CUMMINGS, 3D, PAUL ALEXANDER, SIDNEY RUBENSTEIN, BEVERLY ROSENZWEIG, RHODA BESUNDER, PEARL YARMARK, FLORA BESSON, LOUIS STAVITZ and SAMUEL PALERMO, Appellants.

Argued May 31, 1951; decided July 11, 1951.

*Samuel M. Sacher* and *Moses C. Weinman* for appellants.

*Frank S. Hogan, District Attorney (Jack M. Cotton* and *Richard G. Denzer* of counsel), for respondent.

Judgments affirmed, no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND. DYE, FULD and FROESSEL, JJ.